## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| VICTORIA M. VanKANEGAN, et al., | ) | CASE NO.: 4:18 cv 00327 |
| | ) | |
| Plaintiffs, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| HPL CARRIERS, INC., aka, HPL CARRIERS, | ) | **DEFENDANT, UTILITY TRAILER SALES SOUTHEAST TEXAS, INC.'S, CORPORATE DISCLOSURE STATEMENT** |
| | ) | |
| Defendants. | ) | |

 Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a proceedings must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

 In compliance with those provisions, now comes the Defendant, Utility Trailer Sales Southeast Texas, Inc., and submits the following Corporate Disclosure Statement:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

\_\_\_\_\_ YES        X\_\_\_\_ NO

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: N/A.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

\_\_\_\_\_ YES        X\_\_\_\_ NO

If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A.

DATED this 4th day of May, 2018.

                              Respectfully submitted,

                              **STARK & KNOLL CO., L.P.A.**

                              */s/ Christopher A. Tipping, Esq.*
                              CHRISTOPHER A. TIPPING, ESQ. (0064914)
                              MICHAEL R. FORTNEY, ESQ. (0092325)
                              ***Attorneys for Defendant,***
                              ***Utility Trailer Sales Southeast Texas, Inc.***
                              3475 Ridgewood Road
                              Akron, Ohio 44333
                              Phone: (330) 376-3300/Fax: (330) 376-6237
                              ctipping@stark-knoll.com
                              mfortney@stark-knoll.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Corporate Disclosure Statement was electronically filed through the U.S. District Court, Northern District of Ohio, electronic filing portal, and was sent via electronic mail, this 4th day of May, 2018 to the following counsel of record:

Brian P. Kopp, Esq.
Justin A. Markota, Esq.
Betras, Kopp & Harshman, LLC
6630 Seville Drive
Canfield, OH 44406
bkopp@bhlaws.com
jmarkota@bhlaw.com
***Attorneys for Plaintiffs***

/s/ *Christopher A. Tipping, Esq.*
CHRISTOPHER A. TIPPING, ESQ. (0064914)
***One of the Attorneys for Defendant,***
***Utility Trailer Sales Southeast Texas, Inc.***

78532.180/707956v1

3